USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEVERLY F. MATTHEWS o/b/o I.M.,
                      Plaintiff,

19 **CIVIL** 6813 (ALC)

-v-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 20, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        February 21, 2020

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                          BY:
                                                    **Deputy Clerk**